# EXHIBIT A

# ALABAMA SJIS CASE DETAIL

**PREPARED FOR: WANDA GILME**




County: **69** Case Number: **CV-2017-900033.00** Court Action:
Style: **MONA HOWARD MITCHELL V. WILLIAM AUSTIN PRUITT ET AL**

## Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 69-BARBOUR - EUFAULA | Case Number: | CV-2017-900033.00 | Judge: | LBS:HON. BURT SMITHART |
| Style: | MONA HOWARD MITCHELL V. WILLIAM AUSTIN PRUITT ET AL | | | | |
| Filed: | 05/10/2017 | Case Status: | ACTIVE | Case Type: | NEGLIGENCE MOTOR VEH |
| Trial Type: | JURY | Track: | | Appellate Case: | 0 |
| No of Plaintiffs: | 1 | No of Defendants: | 2 | | |

## Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | 0.00 | Punitive Damages: | 0.00 | General Damages: | 0.00 |
| No Damages: | | Compensatory Damages: | 0.00 | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | 0 | Num of Liens: | 0 | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge: | : | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

## Comments

Comment 1:
Comment 2:

## Appeal Information

| | | | | | |
|---|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | | |

## Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subpoenas: | | Last Update: | 05/10/2017 | Updated By: | AJA |

**Parties**

**Party 1 - Plaintiff INDIVIDUAL - MITCHELL MONA HOWARD**

## Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | MITCHELL MONA HOWARD | | | Type: | I-INDIVIDUAL |
| Index: | D PRUITT WILLI | Alt Name: | | Hardship: | No | JID: | LBS |
| Address 1: | 118 E. BROAD STREET | | | Phone: | (334) 000-0000 | | |

ddress 2:

| ity: | EUFAULA | State: | AL | Zip: | 36027-0000 | Country: | US |
|---|---|---|---|---|---|---|---|
| SSN: | XXX-XX-X999 | DOB: | | Sex: | F | Race: | |

## Court Action

Court Action: | Court Action Date:
mount of Judgement: **$0.00** | Court Action For: | Exemptions:
Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied:
Comment: | Arrest Date:
Varrant Action Date: | Warrant Action Status: | Status Description:

## Service Information

ssued: | Issued Type: | Reissue: | Reissue Type:
Return: | Return Type: | Return: | Return Type:
Served: | Service Type | Service On: | Served By:
nswer: | Answer Type: | Notice of No Service: | Notice of No Answer:

## Attorneys

| umber | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| ttorney 1 | SEA027 | | SEABORN LARRY SHANE | SSEABORN1@YAHOO.COM | (334) 775-9778 |
| ttorney 2 | PAR118 | | PARTIN JOHN WILLIAM | JWP552003@YAHOO.COM | (334) 775-9778 |

## ty 2 - Defendant INDIVIDUAL - PRUITT WILLIAM AUSTIN

## Party Information

| arty: | D001-Defendant | Name: | PRUITT WILLIAM AUSTIN | | | Type: | I-INDIVIDUAL |
|---|---|---|---|---|---|---|---|
| ndex: | C MITCHELL MON | Alt Name: | | Hardship: | No | JID: | LBS |
| ddress 1: | 300 TURKEY CREEK ROAD | | | Phone: | (334) 000-0000 | | |
| ddress 2: | | | | | | | |
| ity: | ATHENS | State: | GA | Zip: | 30606-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | M | Race: | |

## Court Action

Court Action: | Court Action Date:
mount of Judgement: **$0.00** | Court Action For: | Exemptions:
Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied:
Comment: | Arrest Date:
Varrant Action Date: | Warrant Action Status: | Status Description:

## Service Information

ssued: **05/10/2017** | Issued Type: **C-CERTIFIED MAIL** | Reissue: | Reissue Type:
Return: | Return Type: | Return: | Return Type:
Served: **05/16/2017** | Service Type **C-CERTIFIED MAIL** | Service On: | Served By:
nswer: | Answer Type: | Notice of No Service: | Notice of No Answer:

## Attorneys

| umber | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| ttorney 1 | 000000 | | PRO SE | | |

## ty 3 - Defendant BUSINESS - CORBLU ECOLOGY GROUP, LLC

### Party Information

'arty: D002-Defendant
Name: CORBLU ECOLOGY GROUP, LLC
Type: B-BUSINESS
ndex: C MITCHELL MON
Alt Name:
Hardship: No
JID: LBS
ddress 1: C/OMARGIEHWHITESIDE ALLEN
Phone: (334) 000-0000
ddress 2: 412 COLLEGE AVENUE
ity: DAPHNE
State: AL
Zip: 36256-0000
Country: US
SN: XXX-XX-X999
DOB:
Sex:
Race:

### Court Action

ourt Action:
Court Action Date:
mount of Judgement: $0.00
Court Action For:
Exemptions:
ost Against Party: $0.00
Other Cost: $0.00
Date Satisfied:
omment:
Arrest Date:
Varrant Action Date:
Warrant Action Status:
Status Description:

### Service Information

ssued: 05/10/2017
Issued Type: C-CERTIFIED MAIL
Reissue:
Reissue Type:
eturn:
Return Type:
Return:
Return Type:
erved: 05/16/2017
Service Type C-CERTIFIED MAIL
Service On:
Served By:
nswer:
Answer Type:
Notice of No Service:
Notice of No Answer:

### Attorneys

| umber | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| ttorney 1 | 000000 | | PRO SE | | |

## ancial

*Fee Sheet*

| ee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| CTIVE | N | AOCC | C001 | 000 | $13.54 | $13.54 | $0.00 | $0.00 | 0 |
| CTIVE | N | CONV | C001 | 000 | $19.50 | $19.50 | $0.00 | $0.00 | 0 |
| CTIVE | N | CV05 | C001 | 000 | $329.00 | $329.00 | $0.00 | $0.00 | 0 |
| CTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| CTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $507.04 | $507.04 | $0.00 | $0.00 | |

*Financial History*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| '12/2017 | CREDIT | CONV | 2017040 | 1123910 | $19.50 | C001 | 000 | N | | DEH |
| '12/2017 | RECEIPT | AOCC | 2017040 | 1123900 | $13.54 | C001 | 000 | N | | DEH |
| '12/2017 | RECEIPT | CV05 | 2017040 | 1123920 | $329.00 | C001 | 000 | N | | DEH |
| '12/2017 | RECEIPT | JDMD | 2017040 | 1123930 | $100.00 | C001 | 000 | N | | DEH |
| '12/2017 | RECEIPT | VADM | 2017040 | 1123940 | $45.00 | C001 | 000 | N | | DEH |

## se Action Summary

| e | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 2017 | 4:51 PM | ECOMP | COMPLAINT E-FILED. | SEA027 |
| 2017 | 4:51 PM | FILE | FILED THIS DATE: 05/10/2017 (AV01) | AJA |
| 2017 | 4:51 PM | EORD | E-ORDER FLAG SET TO "Y" (AV01) | AJA |
| 2017 | 4:51 PM | ASSJ | ASSIGNED TO JUDGE: HON. BURT SMITHART (AV01) | AJA |
| 2017 | 4:51 PM | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | AJA |
| 2017 | 4:51 PM | TDMJ | JURY TRIAL REQUESTED (AV01) | AJA |
| 2017 | 4:51 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | AJA |
| 2017 | 4:51 PM | ORIG | ORIGIN: INITIAL FILING (AV01) | AJA |
| 2017 | 4:51 PM | C001 | C001 PARTY ADDED: MITCHELL MONA HOWARD (AV02) | AJA |
| 2017 | 4:51 PM | C001 | LISTED AS ATTORNEY FOR C001: SEABORN LARRY SHANE | AJA |
| 2017 | 4:52 PM | C001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 2017 | 4:52 PM | C001 | LISTED AS ATTORNEY FOR C001: PARTIN JOHN WILLIAM | AJA |
| 2017 | 4:52 PM | C001 | C001 E-ORDER FLAG SET TO "N" (AV02) | AJA |
| 2017 | 4:52 PM | D001 | D001 PARTY ADDED: PRUITT WILLIAM AUSTIN (AV02) | AJA |
| 2017 | 4:52 PM | D001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 2017 | 4:52 PM | D001 | CERTIFIED MAI ISSUED: 05/10/2017 TO D001 (AV02) | AJA |
| 2017 | 4:52 PM | D001 | D001 E-ORDER FLAG SET TO "N" (AV02) | AJA |
| 2017 | 4:52 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | AJA |
| 2017 | 4:52 PM | D002 | D002 PARTY ADDED: CORBLU ECOLOGY GROUP, LLC (AV02) | AJA |
| 2017 | 4:52 PM | D002 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 2017 | 4:52 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE (AV02) | AJA |
| 2017 | 4:52 PM | D002 | D002 E-ORDER FLAG SET TO "N" (AV02) | AJA |
| 2017 | 4:52 PM | D002 | CERTIFIED MAI ISSUED: 05/10/2017 TO D002 (AV02) | AJA |
| 2017 | 2:39 PM | D001 | SERVICE OF CERTIFIED MAI ON 05/16/2017 FOR D001 | DEH |
| 2017 | 2:39 PM | ESERC | SERVICE RETURN | DEH |
| 2017 | 2:39 PM | D002 | SERVICE OF CERTIFIED MAI ON 05/16/2017 FOR D002 | DEH |
| 2017 | 2:39 PM | ESERC | SERVICE RETURN | DEH |

***END OF THE REPORT***

ELECTRONICALLY FILED
5/10/2017 4:51 PM
69-CV-2017-900033.00
CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
DAVID NIX, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93 Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca: 69<br>Date of Filing: 05/10/2017 Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA**
**MONA HOWARD MITCHELL v. WILLIAM AUSTIN PRUITT ET AL**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☐ Business ☑ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**

- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: ______

**TORTS: PERSONAL INJURY**

- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**

- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**

- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ **INITIAL FILING** A ☐ **APPEAL FROM DISTRICT COURT** O ☐ **OTHER**

R ☐ **REMANDED** T ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☑ **YES** ☐ **NO**

**Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ **MONETARY AWARD REQUESTED** ☐ **NO MONETARY AWARD REQUESTED**

**ATTORNEY CODE:**

SEA027

5/10/2017 4:51:26 PM
Date

/s/ LARRY SHANE SEABORN
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ **YES** ☐ **NO** ☑ **UNDECIDED**

ELECTRONICALLY FILED
5/10/2017 4:34:51 PM
69-CV-2017-900033.00
CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
DAVID NIX, CLERK

**IN IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA**
**EUFAULA DIVISION**

| | | |
|---|---|---|
| **MONA HOWARD MITCHELL,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **WILLIAM AUSTIN PRUITT, CORBLU ECOLOGY GROUP, LLC, and fictitious Defendants A, B, C, D, E, F, and G, being those persons, firms, corporations, partnerships, or other entities whose acts caused or contributed to cause the damages suffered by the Plaintiff herein and whose names are unknown to the Plaintiff at this time, but which will be substituted by amendment when ascertained,** <br><br> **Defendants.** | ) | **CASE NO: CV-2017-_______** <br><br> **JURY TRIAL DEMANDED** |

**COMPLAINT**

**STATEMENT OF THE PARTIES**

1. Plaintiff, Mona Howard Mitchell, is an adult resident citizen of Barbour County, Alabama, and is over is over nineteen years of age.

2. Defendant, William Austin Pruitt is an adult resident citizen of Athens, Clarke County, Georgia and is over the age of nineteen.

3. Defendant, Corblu Ecology Group, LLC, is a foreign limited liability company, incorporated in the State of Georgia, with its principle place of business in Athens, Clarke County, Georgia.

4. Fictitious Defendants A, B, C, D, E, F, and G are those persons, partnerships, firms, corporations, and/or business entities who caused or contributed to cause the injuries and damages complained of herein and/or who are the successors in interest to the named Defendants

and/or who committed the wrongful acts complained of herein, whose names are unknown to the Plaintiff at this time, but which will be substituted by amendment when ascertained.

**STATEMENT OF THE FACTS**

4. On or about May 12, 2015, upon a public highway, in Barbour County, Alabama, Defendant William Austin Pruitt negligently caused or allowed the motor vehicle being driven by him to collide with the vehicle driven by Plaintiff, Mona Howard Mitchell.

5. Defendant Pruitt failed to comply with the Alabama Rules of the Road by failing to yield to the right of way by running the red light, causing him to collide with the Plaintiff.

**COUNT I**

**(NEGLIGENCE)**

6. The Plaintiff realleges paragraphs 1 through 5 of this complaint as if set out here in full.

7. Defendants undertook a duty to the Plaintiff and others to properly operate a vehicle on the public highways of the State of Alabama.

8. The Defendants and Fictitious Defendants "A" through "G" negligently operated his vehicle in violation of the Alabama Rules of the Road.

9. As a proximate consequence of the negligence of the Defendants, the Plaintiff was injured and damaged.

WHEREFORE, Plaintiff demands judgment against Defendant William Austin Phillips and Fictitious Defendants "A" through "G" for injuries to Plaintiff in such an amount as a jury may award and for the cost of this action.

**COUNT II**

**RESPONDEAT SUPERIOR**

10. The Plaintiff realleges paragraphs 1 through 9 of this Complaint as if set out here in full.

11. At the time relevant hereto, Defendant Pruitt was an employee of Defendant Corblu Ecology Group, LLC.

12. The negligence and/or wantonness of Defendant Pruitt occurred in the line and scope of Defendant Pruitt's employment with Defendant Corblu Ecology Group, LLC.

13. As the employer of Defendant Pruitt at the time of his negligent acts and/or omissions, Defendant Corblu Ecology Group, LLC is liable for the injuries and damages caused by Defendant Pruitt's negligence.

WHEREFORE, Plaintiff demands judgment against Defendants for such compensatory and punitive damages as a jury may determine to be appropriate and for the costs of this action.

WHEREFORE, premises considered, Plaintiff respectfully requests relief as follows:

A. Compensatory damages;

B. Her costs in this action;

C. Such other relief as this Court may find appropriate.

*/s/ L. Shane Seaborn*
L. SHANE SEABORN (SEA027)
Attorney for Plaintiff

*/s/ Will Partin*
WILL PARTIN (PAR118)
Attorney for Plaintiff

OF COUNSEL:

**PENN AND SEABORN, L.L.C.**
1442 S. Eufaula Avenue
Eufaula, Alabama 36027
(334) 687-5555 Telephone
(334) 687-5111 Facsimile

**JURY DEMAND**

**PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL ISSUES IN THIS CASE.**

*/s/ L. Shane Seaborn*
OF COUNSEL

**Plaintiff request that Defendants be served by Certified Mail at the following address:**

William Austin Pruitt
300 Turkey Creek Road
Athens, Georgia 30606

Corblu Ecology Group, LLC
c/o Margie H. Whiteside-Allen
412 College Avenue
Daphne, Alabama 36256



AlaFile E-Notice

69-CV-2017-900033.00

To: LARRY SHANE SEABORN
sseaborn1@yahoo.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA

MONA HOWARD MITCHELL V. WILLIAM AUSTIN PRUITT ET AL
69-CV-2017-900033.00

The following complaint was FILED on 5/10/2017 4:50:32 PM

Notice Date: 5/10/2017 4:50:32 PM

DAVID NIX
CIRCUIT COURT CLERK
BARBOUR COUNTY, ALABAMA
303 EAST BROAD STREET
ROOM 201
EUFAULA, AL, 36027

334-687-1500
david.nix@alacourt.gov



AlaFile E-Notice

69-CV-2017-900033.00

To: WILLIAM AUSTIN PRUITT
300 TURKEY CREEK ROAD
ATHENS, GA, 30606

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA

MONA HOWARD MITCHELL V. WILLIAM AUSTIN PRUITT ET AL
69-CV-2017-900033.00

The following complaint was FILED on 5/10/2017 4:50:32 PM

Notice Date: 5/10/2017 4:50:32 PM

DAVID NIX
CIRCUIT COURT CLERK
BARBOUR COUNTY, ALABAMA
303 EAST BROAD STREET
ROOM 201
EUFAULA, AL, 36027

334-687-1500
david.nix@alacourt.gov



AlaFile E-Notice

69-CV-2017-900033.00

To: CORBLU ECOLOGY GROUP, LLC
C/OMARGIEHWHITESIDE ALLEN
412 COLLEGE AVENUE
DAPHNE, AL, 36256

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA

MONA HOWARD MITCHELL V. WILLIAM AUSTIN PRUITT ET AL
69-CV-2017-900033.00

The following complaint was FILED on 5/10/2017 4:50:32 PM

Notice Date: 5/10/2017 4:50:32 PM

DAVID NIX
CIRCUIT COURT CLERK
BARBOUR COUNTY, ALABAMA
303 EAST BROAD STREET
ROOM 201
EUFAULA, AL, 36027

334-687-1500
david.nix@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>69-CV-2017-900033.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA**
**MONA HOWARD MITCHELL V. WILLIAM AUSTIN PRUITT ET AL**

**NOTICE TO:** WILLIAM AUSTIN PRUITT, 300 TURKEY CREEK ROAD, ATHENS, GA 30606
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), LARRY SHANE SEABORN ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 688, CLAYTON, AL 36016 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of MONA HOWARD MITCHELL *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

5/10/2017 4:50:32 PM *(Date)* /s/ DAVID NIX *(Signature of Clerk)* By: ______ *(Name)*

☑ Certified Mail is hereby requested. /s/ LARRY SHANE SEABORN *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on ______ *(Date)*.

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ______ *(Name of Person Served)* in ______ *(Name of County)* County, Alabama on ______ *(Date)*.

______ *(Address of Server)*

______ *(Type of Process Server)* ______ *(Server's Signature)*

______ *(Server's Printed Name)* ______ *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>69-CV-2017-900033.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA**
**MONA HOWARD MITCHELL V. WILLIAM AUSTIN PRUITT ET AL**

**NOTICE TO:** CORBLU ECOLOGY GROUP, LLC, C/OMARGIEHWHITESIDE ALLEN 412 COLLEGE AVENUE, DAPHNE, AL 36256
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
LARRY SHANE SEABORN ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 688, CLAYTON, AL 36016 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of MONA HOWARD MITCHELL *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

5/10/2017 4:50:32 PM *(Date)* /s/ DAVID NIX *(Signature of Clerk)* By: ______ *(Name)*

☑ Certified Mail is hereby requested. /s/ LARRY SHANE SEABORN *(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on ______ *(Date)*.

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to ______ *(Name of Person Served)* in ______ *(Name of County)* County, Alabama on ______ *(Date)*.

______ *(Address of Server)*

______ *(Type of Process Server)* ______ *(Server's Signature)*

______ *(Server's Printed Name)* ______ *(Phone Number of Server)*



AlaFile E-Notice

69-CV-2017-900033.00

Judge: HON. BURT SMITHART

To: SEABORN LARRY SHANE
sseaborn1@yahoo.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA

MONA HOWARD MITCHELL V. WILLIAM AUSTIN PRUITT ET AL
69-CV-2017-900033.00

The following matter was served on 5/16/2017

**D001 PRUITT WILLIAM AUSTIN**

**Corresponding To**

CERTIFIED MAIL

DAVID NIX
CIRCUIT COURT CLERK
BARBOUR COUNTY, ALABAMA
303 EAST BROAD STREET
ROOM 201
EUFAULA, AL, 36027

334-687-1500
david.nix@alacourt.gov



AlaFile E-Notice

69-CV-2017-900033.00

Judge: HON. BURT SMITHART

To: PARTIN JOHN WILLIAM
will@pennandseaborn.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA

MONA HOWARD MITCHELL V. WILLIAM AUSTIN PRUITT ET AL
69-CV-2017-900033.00

The following matter was served on 5/16/2017

**D001 PRUITT WILLIAM AUSTIN**

**Corresponding To**

CERTIFIED MAIL

DAVID NIX
CIRCUIT COURT CLERK
BARBOUR COUNTY, ALABAMA
303 EAST BROAD STREET
ROOM 201
EUFAULA, AL, 36027

334-687-1500
david.nix@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WILLIAM AUSTIN PRUITT
300 TURKEY CREEK ROAD
ATHENS, GA 30606

9590 9402 2567 6306 2384 08

2. Article Number *(Transfer from service label)*

7017 1000 0001 1339 0155

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Alice R. Pruitt ☐ Agent ☒ Addressee

B. Received by *(Printed Name)* Alice R. Pruitt

C. Date of Delivery 5/16

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 2567 6306 2384 08

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

DAVID S. NIX, CLERK
303 E. Broad Street
Room 201
Eufaula, Alabama 36027

CV-17-900033



AlaFile E-Notice

69-CV-2017-900033.00

Judge: HON. BURT SMITHART

To: SEABORN LARRY SHANE
sseaborn1@yahoo.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA

MONA HOWARD MITCHELL V. WILLIAM AUSTIN PRUITT ET AL
69-CV-2017-900033.00

The following matter was served on 5/16/2017

**D002 CORBLU ECOLOGY GROUP, LLC**

**Corresponding To**

CERTIFIED MAIL

DAVID NIX
CIRCUIT COURT CLERK
BARBOUR COUNTY, ALABAMA
303 EAST BROAD STREET
ROOM 201
EUFAULA, AL, 36027

334-687-1500
david.nix@alacourt.gov



AlaFile E-Notice

69-CV-2017-900033.00

Judge: HON. BURT SMITHART

To: PARTIN JOHN WILLIAM
will@pennandseaborn.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA

MONA HOWARD MITCHELL V. WILLIAM AUSTIN PRUITT ET AL
69-CV-2017-900033.00

The following matter was served on 5/16/2017

**D002 CORBLU ECOLOGY GROUP, LLC**
**Corresponding To**
CERTIFIED MAIL

DAVID NIX
CIRCUIT COURT CLERK
BARBOUR COUNTY, ALABAMA
303 EAST BROAD STREET
ROOM 201
EUFAULA, AL, 36027

334-687-1500
david.nix@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CORBLU ECOLOGY GROUP, LLC
C/O MARGIE WHITESIDE ALLEN
412 COLLEGE AVENUE
DAPHNE, AL 36256

9590 9402 2567 6306 2383 92

2. Article Number (Transfer from service label)

7017 1000 0001 1339 0124

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Margie H Whiteside ☐ Agent ☑ Addressee

B. Received by (Printed Name) Margie H. Whiteside

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 16 2017

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 2567 6306 2383 92

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

DAVID S. NIX, CLERK
303 E. Broad Street
Room 201
Eufaula, Alabama 36027

CV-17-900033