IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONA HOWARD MITCHELL, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:17-CV-386-WKW |
| WILLIAM AUSTIN PRUITT and CORBLU ECOLOGY GROUP, LLC, | ) |
| Defendants. | ) |

## **ORDER**

On September 12, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 15.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. # 15) is ADOPTED.

2. Plaintiff's motion to remand (Doc. # 7) is GRANTED.

3. This case is REMANDED to the Circuit Court of Barbour County, Alabama. The Clerk of the Court is DIRECTED to effectuate the remand.

DONE this 10th day of October, 2017.



/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE